**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **Paul William Driggers,** ) | |
| ) | **CV-09-183-TUC-DCB** |
| **Petitioner,** ) | |
| ) | **ORDER** |
| **vs.** ) | |
| ) | |
| **Louis Winn, Warden,** ) | |
| ) | |
| **Respondent.** ) | |
| ——————————————————————— ) | |

Magistrate Judge Velasco filed his Report and Recommendation on September 1, 2009, recommending that the District Court dismiss the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C.§ 2241 and dismiss the action with prejudice.  A copy was sent to all parties on September 1, 2009, notifying all parties that written objections must be filed within ten days of service.  28 U.S.C. §636(b).  No objections to the Magistrate Judge's Report and Recommendation have been filed. Consequently, any objections that have not been raised are waived and will not be addressed by the Court.

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Velasco's Report and Recommendation (Doc. No.11) is  ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED WITH PREJUDICE.  This action is CLOSED.

DATED this 22nd day of September, 2009.

David C. Bury
United States District Judge